22803. DENT v. SANCKEN, Mayor.
22809. HAMILTON v. SANCKEN, Mayor.

QUILLIAN, Justice. These cases are controlled by the decision in *Washington v. Widener,* 220 Ga. 614.

*Writ of error dismissed. All the Justices concur.*

SUBMITTED JANUARY 12, 1965—DECIDED FEBRUARY 4, 1965.

*Ruffin & Watkins,* for plaintiffs in error.
*Cumming, Nixon, Eve, Waller & Capers, Samuel C. Waller,* contra.